AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama ▼

M. W. RONDINI and C. RONDINI, as the surviving )
parents of MEGAN E. RONDINI, their deceased child; )
M. W. RONDINI as Administrator and Personal Rep. )
for the ESTATE OF MEGAN E. RONDINI, deceased, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 7:17-cv-01114-TMP
)
T.J. BUNN, Jr., BETH HOWARD of UA, CARA )
BLAKES of UA, SHERIFF RONALD ABERNATHY of )
T.S.D., and INVESTIGATOR ADAM JONES and )
DEPUTY JOSHUA HASTINGS of T.S.D )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deputy Joshua Hastings
1761 Commons North Loop
Tuscaloosa, AL 35406-3579

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxwell Law Firm
Leroy Maxwell, Jr.
2100 1st Avenue North
Suite 370
Birmingham, AL 35203

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: **JUL 03 2017**

*Signature of Clerk or Deputy Clerk*  Angela Day

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

M. W. RONDINI and C. RONDINI, as the surviving parents of MEGAN E.RONDINI, their deceased child; M. W. RONDINI as Administrator and Personal Rep. for the ESTATE OF MEGAN E. RONDINI, deceased,

*Plaintiff(s)*

v.

T.J BUNN, Jr., BETH HOWARD of UA, CARA BLAKES of UA, SHERIFF RONALD ABERNATHY of T.S.D., and INVESTIGATOR ADAM JONES and DEPUTY JOSHUA HASTINGS of T.S.D

*Defendant(s)*

Civil Action No. 7:17-cv-01114-TMP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Terry J. Bunn, Jr.
1570 Cedar Drive
Cottondale, AL 35453

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxwell Law Firm
Leroy Maxwell, Jr.
2100 1st Avenue North
Suite 370
Birmingham, AL 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: JUL 0 3 2017

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama ▼

M. W. RONDINI and C. RONDINI, as the surviving )
parents of MEGAN E RONDINI, their deceased child; )
M. W. RONDINI as Administrator and Personal Rep. )
for the ESTATE OF MEGAN E. RONDINI, deceased, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 7:17-cv-01114-TMP
)
T.J. BUNN, Jr., BETH HOWARD of UA, CARA )
BLAKES of UA, SHERIFF RONALD ABERNATHY of )
T.S.D., and INVESTIGATOR ADAM JONES and )
DEPUTY JOSHUA HASTINGS of T.S.D )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beth Howard
107 Burke West
Box 870300,
Tuscaloosa, AL 35487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxwell Law Firm
Leroy Maxwell, Jr.
2100 1st Avenue North
Suite 370
Birmingham, AL 35203

If you fail to respond, judgment by default *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: JUL 0 3 2017

*Signature of Clerk or Deputy Clerk* (Angela Day)

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203**

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama ▼

M. W. RONDINI and C. RONDINI, as the surviving )
parents of MEGAN E. RONDINI, their deceased child; )
M. W. RONDINI as Administrator and Personal Rep. )
for the ESTATE OF MEGAN E. RONDINI, deceased, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 17-cv-01114-TMP
T.J. BUNN, Jr., BETH HOWARD of UA, CARA )
BLAKES of UA, SHERIFF RONALD ABERNATHY of )
T.S.D., and INVESTIGATOR ADAM JONES and )
DEPUTY JOSHUA HASTINGS of T.S.D )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Investigator Adam Jones
250 Paul W. Bryant Drive
Tuscaloosa, AL 35115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maxwell Law Firm
Leroy Maxwell, Jr.
2100 1st Avenue North
Suite 370
Birmingham, AL 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS CLERK OF COURT

*CLERK OF COURT*

Angela Day

Date: JUL 0 3 2017

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama ▼

M. W. RONDINI and C. RONDINI, as the surviving )
parents of MEGAN E. RONDINI, their deceased child; )
M. W. RONDINI as Administrator and Personal Rep. )
for the ESTATE OF MEGAN E. RONDINI, deceased, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 7:17-cv-01114-TMP
T.J. BUNN, Jr., BETH HOWARD of UA, CARA )
BLAKES of UA, SHERIFF RONALD ABERNATHY of )
T.S.D., and INVESTIGATOR ADAM JONES and )
DEPUTY JOSHUA HASTINGS of T.S.D )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cara Blakes
2401 Mountain Drive
Hoover, AL 35226-1568

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxwell Law Firm
Leroy Maxwell, Jr.
2100 1st Avenue North
Suite 370
Birmingham, AL 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: JUL 03 2017

*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama ▼

M. W. RONDINI and C. RONDINI, as the surviving
parents of MEGAN E. RONDINI, their deceased child;
M. W. RONDINI as Administrator and Personal Rep.
of the ESTATE OF MEGAN E. RONDINI, deceased,

*Plaintiff(s)*

v.

T.J. BUNN, Jr., BETH HOWARD of UA, CARA
BLAKES of UA, SHERIFF RONALD ABERNATHY of
T.S.O., and INVESTIGATOR ADAM JONES and
DEPUTY JOSHUA HASTINGS of T.S.D

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:17-cv-01114-TMP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheriff Ronald Abernathy
4626 Brook Highland Lane
Tuscaloosa, AL 35406-4051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maxwell Law Firm
Leroy Maxwell, Jr.
2100 1st Avenue North
Suite 370
Birmingham, AL 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: JUL 03 2017

Sign: *Angela Day*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203