FILED
2019 Jun-14 PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. RONDINI,** as Administrator and Personal Representative for the Estate of **MEGAN ELIZABETH RONDINI,** deceased, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **TERRY J. BUNN, JR.,** | ) ) |
| Defendant. | ) |

CASE NUMBER
7:17-cv-01114-TMP

## PROPOSED AMENDED SCHEDULING ORDER

**COME NOW** the Parties to this action and hereby file the following Proposed Amended Scheduling Order for this Court's consideration. Counsel for Plaintiff and Defendant have met and hereby propose the following amended deadlines:

1. Plaintiff's counsel will provide proposed language for his previously issued subpoenas which have been in issue to Defendant's counsel on or before June 14, 2019. Upon agreement that the same comply with this Court's Order, the subpoenas will issue.

2. The discovery deadline in this case is extended July 15, 2019. Discovery is only permitted on information arising from or relating to documents, if

any, produced pursuant to the subject subpoenas made the basis of Defendant's objections, Motions to Quash and for Protective Order.

3. Plaintiff will have until August 4, 2019 to file his response to Defendant's Motion for Summary Judgment. Defendant will then have until August 19, 2019 to file any reply brief to the same.

4. The Parties believe that this case will now be trial ready in January 2020.

Respectfully Submitted,

*/s/Thomas Coleman, Jr.*
Thomas Coleman, Jr.(asb-5220-1434)
Attorney for Defendant, Terry J. Bunn, Jr.
**SMITH, SPIRES, PEDDY, HAMILTON & COLEMAN, P.C.**
2015 Second Avenue North - Suite 200
Birmingham, Alabama 35203
Email: **tom@ssp-law.com**

*/s/Angela C. Shields*
Angela C. Shields (asb-9570-l75a)
Attorney for Defendant, Terry J. Bunn, Jr.
**SMITH, SPIRES, PEDDY, HAMILTON & COLEMAN, P.C.**
2015 Second Avenue North - Suite 200
Birmingham, Alabama 35203
Email: **angela@ssp-law.com**

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for Plaintiff
**MAXWELL TILLMAN**
2326 2nd Avenue North
Birmingham, Alabama 35203
Email: **maxwell@MxLawfirm.com**

*/s/ Patricia H. Davis*
Patricia H. Davis
Attorney for Plaintiff
**FARROW-GILLESPIE & HEATH**
1700 Pacific Avenue - Suit 3700
Dallas, Texas   75201
Email: patricia.davis@fghlaw.com

*/s/ Julie E. Heath*
Julie E. Heath
Attorney for Plaintiff
**FARROW-GILLESPIE & HEATH**
1700 Pacific Avenue - Suit 3700
Dallas, Texas   75201
Email: julie.heath@fghlaw.com