FILED
2019 Jul-01 PM 05:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

Michael W. Rondini, as PR of the Estate )
of Megan Elizabeth Rondini, dec )
)
    Plaintiff, )
)
v. )   CASE NO.: 7:17-cv-1114-TMP
)
Terry J. Bunn, Jr. )
)
    Defendant. )

## REPORT OF MEDIATOR

The above matter was mediated by the undersigned on June 28, 2019. As a result of the mediation, the parties were unable to reach a settlement agreement in the matter.

Respectfully submitted,

Brad Wash, Mediator   WAS004
UPCHURCH WATSON WHITE & MAX
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on the 1ST day of July, 2019.

Leroy Maxwell, Jr., Esquire
**Maxwell Law Firm**
2326 2nd Avenue North
Birmingham, AL 35203

Julie E. Heath, Esquire
**Farrow-Gillespie Heath & Witter, LLP**
1700 Pacific Avenue, Suite 3700
Dallas, TX 75201

Hon. Charles R. Malone, Esquire
**Malone & Nelson**
2216 14th Street
Tuscaloosa, AL 35401

W. Ivey Gilmore, Esquire
**Gilmore, Rowley, Crissey & Wilson, LLC**
1905 7th Street
Tuscaloosa, AL 35401

Cooper C. Thurber, Esquire
**Lyons, Pipes, & Cook, P.C.**
Post Office Box 2727
Mobile, AL 36652-2727

Brad Wash, Mediator