IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. RONDINI** as Administrator and Personal Representative for the Estate of **MEGAN ELIZABETH RONDINI**, deceased, §§§§§§§ | |
| **Plaintiff,** § | |
| v. § | **CASE NO. 7:17-cv-01114-RDP** |
| §§ | |
| **TERRY J. BUNN, JR.** § | |
| §§ | |
| **Defendant.** § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S TO MOTION TO STRIKE

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and hereby request an extension of time to file a response to the Defendant's Motion to Strike.  As grounds thereof, the Parties set forth and state as follows:

1. On August 23, 2019, Defendant filed his Motion to Strike, which undersigned has until September 3, 2019 to file his response.

2. Undersigned respectfully request a ten (10) day extension to file his response to Defendant's motion since he is out of country and Co-counsel is currently on vacation.

3. Undersigned has spoken with opposing counsel and they are unopposed to this motion for extension making undersigned's response due by September 13, 2019.

4. This motion is made in the interest of the justice and would not have an undue burden on the Defendant.

**WHEREFORE**, the undersigned respectfully requests this Court grant the above motion and allow a ten (10) day extension for the Plaintiff to respond to the Defendants' motion.

                                      Respectfully submitted,

                                      ***/s/Leroy Maxwell, Jr.***
                                      Leroy Maxwell, Jr.
                                      Counsel for Plaintiff

**Of Counsel:**
**Maxwell and Tillman, LLC**
2326 2nd Avenue North
Birmingham, Alabama 35203
T: 205-216-3304
F: 205-409-4145
maxwell@mxlawfirm.com

**Patricia H. Davis**
**Julie E. Heath**
**FARROW-GILLESPIE & HEATH LLP**
1700 Pacific Ave., Suite 3700
Dallas, Texas 75201
(214) 361-5600 (telephone)
(214) 203-0651 (fax)
Patricia.Davis@fghlaw.com
julie.heath@fghlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the forgoing upon all parties to this proceeding by filing a copy via electronic filing on this 3rd day of September 2019.

                                      ***/s/ Leroy Maxwell, Jr.***
                                      OF COUNSEL

**Thomas Coleman, Jr.**
**Angela C. Shields**
**SMITH SPIRES & PEDDY PC**
2015 2nd Avenue North, Suite 200
Birmingham, AL 35203
205-251-5885
205-214-8642 (fax)
tom@ssp-law.com
ashields@ssp-law.com