**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | |
|---|---|
| MICHAEL W. RONDINI, as Administrator and Personal Representative for the Estate of MEGAN ELIZABETH RONDINI, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> TERRY J. BUNN, JR., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CASE NUMBER <br>     7:17-CV-01114-RDP |

**CONSENT MOTION TO EXTEND DEFENDANT'S DEADLINE TO REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE**

**COMES NOW** Terry J. Bunn, Jr. (hereinafter "Defendant") and moves this Court by consent motion to extend Defendant's deadline to reply to Plaintiff's Response to Defendant's Motion to Strike. In support thereof, Defendant states as follows:

### I. RELEVANT BACKGROUND

1. On August 23, 2019, Defendant filed a Motion to Strike Plaintiff's Experts, Dr. Ziba Rezaee and Dr. Susan Arnold (Doc. 140).

2. On September 13, 2019, Plaintiff filed a Response to Defendant's Motion to Strike. (Doc. 144).

3. On September 18, 2019, undersigned counsel for Defendant contacted counsel for Plaintiff, and requested consent to extend Defendant's reply deadline for its reply to Plaintiff's Response to Defendant's Motion to Strike.

1

4. On September 18, 2019, counsel for Plaintiff consented to Defendant's request to extend the reply deadline for its reply to Plaintiff's Response to Defendant's Motion to Strike.

5. As such, Defendant respectfully brings this consent motion for an Order to extend the deadline pursuant to the consensual agreement between the parties' counsel, and respectfully asks this Court to extend Defendant's deadline to file a reply to Plaintiff's Response to Defendant's Motion to Strike to **Friday, September 20th**.

## II. CONCLUSION

**WHEREFORE,** premises considered, Defendant respectfully moves this Court to **GRANT** the consent motion to extend Defendant's deadline to **Friday, September 20th** for filing a reply brief to Plaintiff's Response to Defendant's Motion to Strike.

Respectfully submitted,

*/s/ Richard E. Smith*
Richard E. Smith (ASB-6536-M69R)
Attorney for Defendant

OF COUNSEL:
Richard E. Smith
CHRISTIAN & SMALL, LLP
505 20th Street North
1800 Financial Center
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
res@csattorneys.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this date, using the CM/ECF filing system which will send electronic notification of such filing, served a copy of the foregoing pleading upon all counsel of record:

Leroy Maxwell, Jr.
MAXWELL LAW FIRM
2326 2nd Avenue North
Birmingham, AL 35203

Patricia Davis (Admitted PHV)
Julie E. Heath (Admitted PHV)
FARROW-GILLESPIE & HEATH, LLP
1700 Pacific Avenue, Suite 3700
Dallas, TX 75201
Attorneys for Plaintiff

W. Ivey Gilmore, Jr.
GILMORE, POOLE & ROWLEY
1905 7th Street
Tuscaloosa, AL 35401
Attorney for Defendant

              */s/ Richard E. Smith*
              OF COUNSEL