# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. RONDINI, et al.,** } | |
| } | |
|    **Plaintiffs,** } | |
| } | |
| **v.** } | **Case No.: 7:17-cv-01114-RDP** |
| } | |
| **TERRY J. BUNN, JR.,** } | |
| } | |
|    **Defendant.** } | |

### ORDER

This case is before the court on Defendant Terry J. Bunn, Jr.'s ("Defendant") Motion for Summary Judgment. (Doc. # 121). After careful review, the Motion (*see* Doc. # 21) is **ADMINSITRATIVELY TERNMINATED**. This case is **STAYED** pending submission of the following question to the Supreme Court of Alabama: Whether suicide is an intervening cause that breaks the chain of causation stemming from a defendant's intentional tort to the decedent's death, particularly when the suicide occurred several months after the commission of the intentional tort.

The parties are **DIRECTED** to confer and, **on or before February 4, 2020**, to file a motion in this court requesting submission of this matter to the Supreme Court of Alabama for certification in accordance with Alabama Rule of Appellate Procedure 18. The parties **SHALL** attach to their motion a proposed certification of question(s) to be submitted to the Supreme Court of Alabama.

**DONE** and **ORDERED** this January 13, 2020.

                                                           **R. DAVID PROCTOR**
                                                           UNITED STATES DISTRICT JUDGE