# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL W. RONDINI, as Administrator, § <br> And Personal Representative for the Estate of § <br> Megan Elizabeth Rondini § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TERRY J. BUNN, Jr., § <br> § <br> Defendant. § | CASE NO.: 7:17-cv-01114-RDP |

### PLAINTIFF'S MOTION TO SUBMIT PROPOSED CERTIFIED QUESTION TO ALABAMA SUPREME COURT

**COMES NOW,** the Plaintiff, MICHAEL W. RONDINI, as Administrator and Personal Administrator of the for the Estate of Meghan Elizabeth Rondini, by and through undersigned counsel, and moves to enter Plaintiff's Proposed Certified Question to Alabama Supreme Court.

1. Plaintiff and Defendant conferred regarding submitting a joint certified question to the Alabama Supreme Court on January 31, 2020.

2. Plaintiff and Defendant failed to agree on the contents of a certified question to the Alabama Supreme Court.

3. Plaintiff has attached his proposed certified question to this motion for this Honorable Court's consideration.

Respectfully submitted,

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for the Plaintiff

**OF COUNSEL:**

**Maxwell Tillman**
2326 2nd Ave North
Birmingham, AL 35203
(205) 216-3304
Maxwell@mxlawfirm.com

Julie E. Heath
Patricia H. Davis
FARROW-GILLESPIE & HEATH LLP
1700 Pacific Ave., Suite 3700
Dallas, Texas 75201
(214) 361-5600 (telephone)
(214) 203-0651 (fax)
julie.heath@fghlaw.com
Patricia.Davis@fghlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 4, 2020, I electronically filed the foregoing motion using the CM/ECF system which will send notification of such filing to all counsel of record.

**Richard E. Smith**
**CHRISTIAN & SMALL, LLP**
502 20th Street North
1800 Financial Center
Birmingham, AL 35203
Phone: 205-795-6588
Fax: 205-328-7234
res@csattorneys.com

*/s/ Leroy Maxwell, Jr.*
OF COUNSEL