# Exhibit A

## TO THE SUPREME COURT OF ALABAMA

MICHAEL W. RONDINI,
as Administrator and Personal
Representative for the Estate of
MEGAN ELIZABETH RONDINI,
Deceased,
    Appellant

v.

TERRY J. BUNN, JR.
    Appellee

In the United States District Court for the Northern District of Alabama, Western Division

Action No.   7:17-cv-01114-RDP

## CERTIFIED QUESTION FROM FEDERAL COURT

Pursuant to *Alabama Rule of Appellate Procedure* 18, the United States District Court for the Northern District of Alabama, Western Division requests the Supreme Court of Alabama to answer a question of law which is deemed determinative of an action before said federal court to which there is no clear controlling precedent in the decisions of the Supreme Court of Alabama.

In support of said certificate, the following facts are shown to the court:

**1.** **Style of Case:**

*Michael W. Rondini, as administrator and personal representative for the Estate of Megan Elizabeth Rondini, deceased, Plaintiff, v. Terry J. Bunn, Jr., Defendant, In the United States District Court for the Northern District of Case No. 7:17-CV-01114-RDP.*

**2.     Statement of Facts Demonstrating Nature of Cause and Circumstances out of which Question Arises:**

Plaintiff brought suit on behalf of decedent's estate averring defendant's alleged intentional torts caused decedent's suicide. This action is presently before the trial court on defendant's motion for summary judgment.

**3.     Question of Law to be Answered:**

Whether an individual's suicide, which occurred 240 days after alleged intentional torts were perpetrated by the defendant against said individual, is a remote, supervening, independent action which breaks the causal chain of proximate causation between the alleged intentional torts and the suicide.

**This certificate has been prepared by said federal court.**

OFFICIAL SEAL

                                              Clerk of the United States District Court
for the Northern District of Alabama
Western Division