FILED

2020 Feb-11  PM 04:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL W. RONDINI, et al.,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO.: 7:17-cv-01114-RDP** |
| | § | |
| **vs.** | § | |
| | § | |
| **TERRY J. BUNN, Jr.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE

Please take notice that Attorney Austin Russell hereby appears as counsel of record for the Plaintiff.  Please serve future correspondences and pleadings accordingly.

Respectfully submitted,

*/s/ Austin Russell*
Austin Russell
Attorney for Plaintiff

**Of Counsel:**
**Maxwell & Tillman, LLC.**
2326 2nd Ave. N.
Birmingham, AL. 35209
T: 205-216-3304
arussell@mxlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the forgoing upon all parties to this proceeding by filing this notice on the CM/ECF electronic filing system on this 11th day of February 2020.

**Richard E. Smith**
**CHRISTIAN & SMALL, LLP**
502 20th Street North
1800 Financial Center
Birmingham, AL 35203
Phone: 205-795-6588
res@csattorneys.com

*/s/ Austin Russell*
OF COUNSEL

1