FILED
2021 Jul-16 PM 08:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT A 

# RESUME
## Barbara Long, M.D., Ph.D.
3527 Woodhaven Road, Atlanta, GA 30305;   Office: 404/812-0346;   Email: blong@post.harvard.edu

**Undergraduate:** Vassar College, Poughkeepsie, New York, A.B., 1972 Honors. Major, Biology.

**Graduate:** Harvard University, Cambridge, Massachusetts, A.M., 1973; Ph. D., 1982, (Medical Anthropology). National Institute of Health Fellowship, 1972-1974. Milton Fund Fellowship for Research, 1973. Traveliing Scholar, 1980-1982.

**Medical School:** University of Alabama in Birmingham, M.D., 1977. Caduceus Club Research Fellowship, 1975; Superior Scholastic Achievement Award, 1977; Battle S. Searcy Award for Achievement in Psychiatry, 1977.

**Postgraduate Training:** Six month Postgraduate Year I rotation in Pediatrics, Mt. Sinai Hospital, Hartford, Connecticut, July 1977-December 1977. Residency in Psychiatry, Institute of Living, Hartford, Connecticut, 1977-1981. Lecturer on Human Sexuality for University of Connecticut medical students at the Institute of Living; Ginsburg Fellow, Group for the Advancement of Psychiatry, 1979-1980 (Member of the Committee on Medical Education and Representative to the Board of Directors, GAP); post-doctoral research at the University of Oxford, 1988-1989. Advanced course work in Forensic Psychiatry including personal injury and psychological damages, and the detection of malingering offered by American Academy of Psychiatry and the Law (AAPL). MMPI-2 Workshop, St. Petersburg, FL 3/1995; Qualified by Pearson Assessments at Level C (highest level) to purchase their psychological instruments, including the MMPI-2 and MCMI-III. Qualified by Psychological Assessment Resources at Level C (highest level) to purchase their psychological instruments, including the SIRS. Rorschach Workshops training course in Exner's Comprehensive System completed 11/05. Qualified to administer, score, and interpret Rorschach and to purchase Ror-scan software for scoring and interpreting Rorschach.

**Vocational:** Private Practice (Minneapolis, Minnesota, 1981-1995; Atlanta 1995-present); Staff Abbott-Northwestern Hospital, 1981-1995; previously, Consultant, Minneapolis Heart Institute Transplantation and Artificial Heart Program; Consultant, Abbott-Northwestern Hospital Chronic Pain Program, 1981-1995; Minnesota Board of Medical Practice Examiner, 1993-1995; Psychiatric consultant to the legal community in assessing psychological harm in personal injury and other civil cases, post-traumatic stress disorder, sexual abuse, commitment, custody, disability, work-related injury, competency, and the insanity defense. Psychiatric consultant to industry and medical/mental health community regarding diagnosis/ treatment options, workplace problems--psychiatric disability, acute psychiatric decompensation, stalking, risk assessment (suicide, homicide). Teaching (e.g. American Academy of Psychiatry and the Law, F.B.I.--2002, Menninger Foundation--2003, A.B.A. E.E.O.C. Division--2003[1]; Presenter to: Annual Conference Georgia Superior Court Judges, Athens, GA 2011[2]); Annual Training Conference Georgia State Court Judges, Athens, GA 5/2011; Annual Training Conference Georgia Family Court Judges, Athens, GA 11/2011; Board Member, Justice Center of Atlanta, 1997-2004; Justice Center of Atlanta Mediator Training 12/97. Member Academy of Florida Management Attorneys lecture October 2012. Global Conference Call to Young Presidents Organization (YPO) on "blue book" 2013; Global Conference Call to YPO-World Presidents Organization (WPO)-Women's Network for YPO & WPO (WYN) on "red book" March 2015. Talk to Women's Network of YPO on life skiills for CEO women April 2016, Atlanta.

**Licensure:** CT, 1978-1982. MN 1981-Present. CA 1983-1988. FL 1987-1996, 2002-present. GA 1995-Present.

**Specialty Certification:** American Board of Psychiatry and Neurology, Diplomate, 1982; American Board of Psychiatry and Neurology 1984-End of Part II: Examiner, National Examining Team, and Senior Examiner (63 Board certification exams administered).

**Memberships:** American Psychiatric Association, 1978-Present (APA Distinguished Life Fellow), Group for the Advancement of Psychiatry 1996-Present (Chair, Committee on Work and Organizations 2012 to present; Board of Directors 2013-present, Secretary 2017-2019), Georgia Psychiatric Physicians Association, 1995-present, Member, American College of Psychiatrists.

**Publications:** "Sexual Harassment—A Case of Workplace Aggression," *Psychiatric Annals* 28:5/May 1998. "The MMPI-2 in Sexual Harassment/Discrimination Litigants," (with James N. Butcher, Ph.D., R. Owen Nelsen, Ph.D., and Steven Rouse, Ph.D) *J. Clinical Psychology, 2004 Jun, 60(6): 643-657*; "The Social Climate of Violence and the Hostile Workplace: Harassment and Bullying," in Carol Wilkinson, M.D. and Corinne Peek-Asa *Clinics in Occupational and Environmental Medicine, Vol 3, 803-820, 2003*; *Careers*, Group for the Advancement of Psychiatry, 2012. "Forensic Psychiatric Evaluation of Emotional Distress Claims, Parts 1 and 2: (2009) posted on http://quirkyemploymentquestions.com/?s=Guest+Article%2C+Forensic+Psychiatric+Evaluations+of+Emotional+Distress+Claims.
*Keep Your Eye on the Prize!—A Young Person's Guidebook to Adulthood, Brentwood Publishers, 2011* ("red book"); *Hold On To Your Hat!—Handling the Roller Coaster Emotions of the College Application Process, Brentwoood Publishers, 2013* ("blue book"); Contributer to dailyRx.com and 1-800-therapist.com. For individual citations of articles, see: http://www.dailyrx.com/search?search=%22barbara+long%22  or  http://www.1-800-therapist.com/search?search=Barbara+Long. Blog: www.deardrbarbara.blogspot.com (Brief pieces introducing some concepts from books 2013). With Group for the Advancement of Psychiatry (G.A.P.) Committee on Work and Organizations "The Psychiatry of Work: Is Residency Training Adequate?" in *Psychiatric Times* Dec. 16, 2014 (http://www.psychiatrictimes.com/career/psychiatry-work-residency-training-adequate. With G.A.P. 2018: *Psychiatry of Workplace Dysfunction—Tools for Mental Health Professionals, Managers, and Employees,* 2018 Oxford University Press; Articles on workplace consultation for private practitioners—the "disabled" patient; article on paranoid employee, in progress 2019 for *Psychiatric Times*.

---

[1] See Eugene A. Rugala and Arnold R. Issacs, Eds.: *Workplace Violence—Issues in Response.* Quantico, VA: Critical Incident Response Group, National Center for the Analysis of Violent Crime, F.B.I Academy, U.S. Department of Justice, 2004 (http://www.fbi.gov/publications/violence.pdf)

[2] Written up in *Daily Reporter Online* January 24, 2011