FILED
2021 Aug-06  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. RONDINI, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| **v.** } | **Case No.:  7:17-cv-1114-RDP** |
| } | |
| **TERRY J. BUNN, JR.,** } | |
| } | |
| **Defendant.** } | |

## ORDER CONFIRMING TRIAL SETTING

The above-referenced case is **SET** for a **JURY TRIAL** beginning at **9:00 a.m.** on

**Monday, September 20, 2021** in the courtroom located at the Tuscaloosa Federal Building and

Courthouse, 2005 University Blvd, Tuscaloosa, Alabama.

**DONE** and **ORDERED** this August 6, 2021.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE