# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. RONDINI, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 7:17-cv-01114-RDP |
| **TERRY BUNN, JR.,** | ) |
| Defendant. | ) |

## PLAINTIFF'S WITNESS LIST FOR TRIAL

COMES NOW, the Plaintiff, Michael W. Rondini, by and through undersigned counsel, and pursuant to Rule 26(a)(3) Fed. R. Civ. P. submits the following list of witnesses that may be utilized at the trial of the above-styled case scheduled for September 20, 2021.

**Plaintiff Expects to Call the Following Witnesses:**

1. **Michael W. Rondini**
   c/o Leroy Maxwell, Jr.
   Maxwell Tillman Law Firm
   2326 2nd Avenue North
   Birmingham, AL 35203
   Phone: (205) 216-3304
   maxwell@mxlawfirm.com

2. **Cindy Rondini, Deceased**
   By deposition testimony

3. **Terry J. Bunn, Jr.**
   c/o Richard E. Smith
   Christian & Small, LLP
   505 North 20th Street Suite 1800
   Birmingham, AL 35203
   Phone: (205) 795-6588
   res@csattorney.com

   c/o W. Ivey Gilmore, Jr.
   Gilmore, Poole & Rowley
   1905 7th Street
   Tuscaloosa, AL 35041
   Phone: (205) 752-8338
   gilmore@gilmorerowley.com

4. **Dr. Barbara Ziv**
   1107 Bethlehem Pike Suite 101
   Flourtown, PA 19031

5. **Dr. Ziba Rezaee**
   1205 Ranch Road 620 South
   Austin, TX 78734

6. **Dr. Susan Arnold**
   University of Alabama Student Health Center
   750 Peter Bryce Boulevard
   Tuscaloosa, AL 35401
   By Deposition Testimony

7. **Nesha Smith**
   University of Alabama Women and Gender Resource Center
   1101 Jackson Avenue
   Tuscaloosa, AL 35401
   Nesha.smith@ua.edu

8. **Ciara Younger**
   436 Broadway, Apartment 205
   Tacoma, WA 98402

9. **Rebecca Lundgren**
   260 San Ramon Way
   Novato, CA 94945

       Cc: 251 San Ramon Way
       Novato, CA 94945

10. **Robert Keenan**
    4024 Ellinger Dive
    Heath, TX 75126
    Robby.keenan@gmail.com

11. **Adam Jones**
    c/o Bobby H. Cockrell, Jr.
    Cockrell, Cockrell, Townsend & Ritchey, LLP
    1409 University Blvd
    Tuscaloosa, AL 35401

12. **Josh Hastings**
    c/o Bobby H. Cockrell, Jr.
    Cockrell, Cockrell, Townsend & Ritchey, LLP
    1409 University Blvd
    Tuscaloosa, AL 35401

**Plaintiff May Call the Following Witnesses if the Need Arises:**

13. **Scotty Rogers**
    c/o Secret Service
    500 22nd Street South
    Birmingham, AL 35233

14. **Jason Barksdale**
    2715 Beacon Hill Parkway
    Tuscaloosa, AL 35406
    (205) 535-5290

15. **Macie Hobson, RN**
    DCH Regional Medical Center
    809 University Blvd East
    Tuscaloosa, AL 35401
    (205) 759-7111

16. **Lynn Head**
    1130 University Blvd, #422
    Tuscaloosa, AL 35401

17. **Michelle Arcia**
    (305) 746-4377

18. **Elizabeth Aune**
    901-860-3450

19. **Ashlee Quethem**
    (714) 277-8457

20. **R. Edwards**
    3800 University Blvd
    Dallas, TX 75205
    (214) 780-3510

21. **J.L. Ball**
    3800 University Blvd
    Dallas, TX 75205
    (214) 987-5353

22. **Dr. Betty Bewely**
    Contact information currently unknown

23. **Kathy Echols**
    Contact information currently unknown

24. **Ronald Abernathy**
    Can be contacted through his counsel

25. **Beth Howard**
    Can be contacted through her counsel

26. **Dr. Melanie Collins**
    12201 Renfert Way #205
    Austin, Texas 78758

27. **Michelle E. Danielson**
    Nurse Practitioner, Central Texas OBGYN Associates
    7718 Wood Hollow Drive, Suite 103
    Austin, TX 78731

28. Plaintiff reserves the right to call to the stand any witness listed on the Defendant's witness list.

29. Plaintiff reserves the right to call to the stand any witness(es) necessary for rebuttal whether or not they are enumerated on this witness list.

30. Plaintiff reserves the right to call any witness(es) necessary for authentication.

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for Plaintiff

**Leroy Maxwell, Jr.**
**Maxwell Tillman Law Firm**
2326 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
maxwell@mxlawfirm.com

**OF COUNSEL:**

*/s/ Austin T. Russell*
Austin T. Russell
Attorney for Plaintiff

**Austin T. Russell**
**Maxwell Tillman Law Firm**
2326 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
arussell@mxlawfirm.com


*/s/ Julie E. Heath*
Julie E. Heath
Attorney for Plaintiff

**Julie E. Heath**
**Farrow-Gillespie Heath Witter, LLP**
1700 Pacific Avenue South Suite 3700
Dallas, Texas 75201
Phone: (214) 361-5600
Fax: (214) 203-0651
Julie.heath@fghwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system on this 23rd day of August 2021, serving the following individuals:

**Richard E. Smith**
**Christian & Small, LLP**
505 North 20th Street Suite 1800
Birmingham, AL 35203
Phone: (205) 795-6588
Fax: (205) 328-7234
resmith@csattorneys.com

**Rachel J. Moore**
**Christian & Small, LLP**
505 North 20th Street Suite 1800
Birmingham, AL 35203
Phone: (205) 795-6588
Fax: (205) 328-7234
rjmoore@csattorneys.com

**W. Ivey Gilmore, Jr.**
**Gilmore, Poole & Rowley**
1905 7th Street
Tuscaloosa, AL 35041
Phone: (205) 752-8338
Fax: (205) 686-1516
gilmore@gilmorerowley.com

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for Plaintiff