IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. RONDINI, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: 7-17-cv-01114-RDP |
| ) | |
| **TERRY J. BUNN, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S ITEMIZED LIST OF DAMAGES SOUGHT AT TRIAL

COMES NOW, the Plaintiff, Michael W. Rondini, by and through undersigned counsel, and pursuant to the Amended Scheduling Order agreed upon by the parties (Doc. 200), submits the following itemized list of damages and equitable relief being sought at the trial:

1. Punitive damages. Pursuant to Alabama's Wrongful Death Act, a Plaintiff can only "recover punitive, but not compensatory damages." *Roe v. Michelin N. Am., Inc.,* 613 F.3d 1058, 1060 (11th Cir. 2010). Because Plaintiff's suit against Defendant is for the wrongful death of Megan Rondini, Plaintiff only seeks punitive damages in the amount of $50,000,000.00 at the trial in the above-styled case.

Respectfully submitted,

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for the Plaintiff

**Leroy Maxwell, Jr.**
**Maxwell Tillman Law Firm**
2326 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
maxwell@mxlawfirm.com

**OF COUNSEL:**

*/s/ Austin T. Russell*
Austin T. Russell
Attorney for Plaintiff

**Austin T. Russell**
**Maxwell Tillman Law Firm**
2326 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
arussell@mxlawfirm.com

*/s/ Julie E. Heath*
Julie E. Heath
Attorney for Plaintiff

**Julie E. Heath**
**Farrow-Gillespie Heath Witter, LLP**
1700 Pacific Avenue South Suite 3700
Dallas, Texas 75201
Phone: (214) 361-5600
Fax: (214) 203-0651
Julie.heath@fghlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on this 13th day of September 2021, serving the following individuals:

    **Richard E. Smith**
    **Christian & Small, LLP**
    505 North 20th Street Suite 1800
    Birmingham, AL 35203
    Phone: (205) 795-6588
    Fax: (205) 328-7234
    resmith@csattorneys.com

**Rachel J. Moore**
**Christian & Small, LLP**
505 North 20th Street Suite 1800
Birmingham, AL 35203
Phone: (205) 795-6588
Fax: (205) 328-7234
rjmoore@csattorneys.com

**W. Ivey Gilmore, Jr.**
**Gilmore, Poole & Rowley**
1905 7th Street
Tuscaloosa, AL 35041
Phone: (205) 752-8338
Fax: (205) 686-1516
gilmore@gilmorerowley.com

**Laura J. Crissey**
**Gilmore, Poole & Rowley**
1905 7th Street
Tuscaloosa, AL 35041
Phone: (205) 752-8338
Fax: (205) 686-1516
Lcrissey@gilmorerowley.com

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for Plaintiff